CARL A. LONG, JR., an Infant, by CARL A. LONG, His Guardian ad Litem, Respondent, *v.* CITY OF DUNKIRK et al., Defendants, and GLEASNER COMPRESSED AIR SUPPLY AND EQUIPMENT COMPANY, Appellant.

CARL A. LONG, Respondent, *v.* CITY OF DUNKIRK et al., Defendants, and GLEASNER COMPRESSED AIR SUPPLY AND EQUIPMENT COMPANY, Appellant.

(Argued October 13, 1932; decided October 28, 1932.)

*Frank Gibbons* for appellant.

*Murle L. Rowe* for respondents.

Judgment in each action affirmed, with costs; no opinion.

Concur: POUND, Ch. J., CRANE, LEHMAN, KELLOGG, O'BRIEN and HUBBS, JJ. Not sitting: CROUCH, J.